

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00568-CR

**IN RE** Jesse Ray **CASTILLA**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 14, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On September 1, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2018CR1925, styled *The State of Texas v. Jesse Ray Castilla*, pending in the 290th Judicial District Court, Bexar County, Texas, the Honorable Jennifer Pena presiding.